**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Roosevelt MALDONADO, | No. CIV 06-1875-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. |  |
| CACV of Colorado, LLC, et al., |  |
| Defendants. |  |

Pending before the Court is a Motion to Excuse CACV of Colorado, LLC, from Appearance at Pretrial Conference Set for October 11, 2006 at 3:00 p.m. [Doc. No. 14] For good cause shown,

**IT IS ORDERED** that Defendant CACV of Colorado's out-of-state party representative may appear telephonically at the October 11, 2006 Rule 16 Conference. Defendant CACV of Colorado's representative shall call the Court on a clear telephone line at 2:55 p.m. Mountain Standard Time at 602-322-7555.

DATED this 10th day of October, 2006.

Stephen M. McNamee
United States District Judge